IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CHIEF JUDGE LEWIS T. BABCOCK
_____

Courtroom Deputy: Deborah Hansen        Date: April 7, 2006
Court Reporter:   Gwen Daniel           Interpreter: Julia Davis and Susana Cahill

_____

Criminal Action No. 04-cr-00403-LTB     *Counsel:*

UNITED STATES OF AMERICA,               Stephanie Podolak
                                        Guy Till
    Plaintiff,

v.

| | | |
|---|---|---|
| 1 | CARLOS ZAPATA-HERNANDEZ | 1)Richard Tegtmeier |
| 2 | SERGIO ZAPATA-HERNANDEZ, | (2)Jeffrey Pagliuca |
| 4 | ARNOLDO ZAPATA, | (4)Rick Toray |
| 5 | JOSE ALFREDO ZAPATA, | (5)Richard Banta |
| 6 | JAIME ARMENDARIZ | (6)Lisabeth Castle |
| 7 | RAMON ZAPATA | (7)Ronald Gainor |
| 8 | JAIME ZAPATA, | (8)Forrest Lewis |
| 9 | EFRAIN VENZOR, | (9)Harvey Steinberg |
| 10 | ALBERTO CABRAL, | (10)Martha Eskesen |
| 11 | ARTEMISA ZAPATA-MONTOYA, | (11)Scott Poland |
| 12 | HUMERTO GALVAN, | (12)Donald Lozow |
| 13 | LILIAN GALVAN, | (13)Michael Root |
| 14 | BARBARA ZAPATA, | (14)Walter Gerash |
| 15 | OSCAR ZAPATA, | (15)Charles Elliott |

    Defendants.

_____

**COURTROOM MINUTES**
_____

HEARING - MOTIONS TO SUPPRESS WIRETAPS

09:38 a.m.     Court in Session

1

Interpreters sworn
Appearances

All defendants are present and on bond except for Defendants Carlos Zapata-Hernandez, Jose Alfredo Zapata, and Jaime Armendariz, who are present and in custody.

Court's comments - on review of the affidavits and the various seven wiretap orders, together with extensions, there has been no substantial preliminary showing that the affidavits contained intentional or reckless material omissions or that the affidavits with any omitted information included would be insufficient to support a finding of probable cause.

Court's further comments

The Court finds and concludes, with regard to the argument addressing the necessity requirement under the statute for the issuance of a wiretap order, that the analysis will be within the four corners of the various affidavits.

Mr. Pagliuca's comments - he has no objection in addition to what's in the papers and would submit it on the papers to the Court.

Court's further comments

Mr. Tegtmeier filed ten discrete motions; the motions not only address the necessity requirement, but also the question of minimization.

Mr. Tegtmeier's comments - he has nothing to offer on the minimization issue. He does have argument regarding the issue of necessity.

09:44  Argument (by Mr. Tegtmeier)

Mr. Pagliuca's further comments - there is one open question in the joint motion that he filed that deals with what he calls the gaps in timing between either the wiretaps or the extension. There are a couple of days between a number of the different wiretaps or extensions. Ms. Podolak has confirmed that there was no wiretapping during those time periods, and so that's a non-issue for the Court.

Court's further comments

Mr. Pagliuca confirms that there would be nothing to consider suppressing during those gaps.

Court's further comments

09:55  Argument (by Ms. Podolak)

Court's findings and conclusions entered on the record.

In summary, the Court finds that on *de novo* review there was a full and complete statement submitted to the issuing judge, and there was not abuse of discretion in issuing any of the seven wiretaps, including their extensions.

The Court will enter a more detailed and thorough written order in the next few days.

**ORDERED:  Trial is set Monday, August 14, 2006 for six weeks, excluding Fridays, commencing at 8:30 a.m.**

Mr. Gainor's comments

Mr. Gainor, counsel for Defendant No. 7, Ramon Zapata, requests 14 days to file additional motions.

**ORDERED:  Mr. Gainor has until April 19, 2006 to file any additional motions on behalf of Defendant Ramon Zapata.**

**ORDERED:  Any severance motions shall be filed by Wednesday, April 19, 2006; Government's responses are due April 27, 2006.**

**ORDERED:  A hearing on the severance motions is set Friday, May 5, 2006 at 2:00 p.m.**

**Defendants not filing severance motions need not be present for this hearing.**

**ORDERED:  Preliminary Trial Preparation Hearing is set Friday, May 12, 2006 at 3:00 p.m.**

**ORDERED:  The Government shall address the status of discovery and submit its preliminary trial materials: witness list, exhibit lists, set of Instructions, and transcripts of 801(d)(2)(e) issues by Friday, May 5, 2006.**

**These materials shall be delivered to the court in hard copy.**

10:33 a.m.    Court in Recess

Hearing concluded
Time: 55 minutes