IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Criminal Case No. 04-CR-403-B

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

14.    BARBARA ZAPATA, et al.,

    Defendants.

_____

## NOTICE OF DISPOSITION

    COMES NOW the Defendant, BARBARA ZAPATA, by and through her attorney, Walter L. Gerash of WALTER L. GERASH LAW FIRM, P.C., and notifies the Court that the parties have reached an agreement and the case will be resolved by a plea agreement.

    Respectfully submitted,

    WALTER L. GERASH LAW FIRM, P.C.

DATED: __April 21, 2006__    s/ Walter L. Gerash
Walter L. Gerash # 2373
1439 Court Place,
Denver, CO 80202
PH: 303-825-5400
ATTORNEY FOR BARBARA ZAPATA

(Original signature on file in
office of Walter Gerash Law Firm, P.C.)

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she has served a true and correct copy of the above and foregoing: NOTICE OF DEPOSITION, upon the office of the United States Attorney and upon defense counsel, by CM-ECF file and serve, to the following:

| | |
|---|---|
| Stephanie Podolak, Esq. | Stephanie.podolak@usdoj.gov |
| Robert J. Driscoll, Esq. | Driscollrj101@aol.com |
| Forrest W. Lewis, Esq. | FlewisPC@aol.com |
| Richard J. Banta, Esq. | bantacja@earthlink.net |
| Jennifer L. Gedde, Esq. | Jennifer@geddelaw.com |
| Thomas K. Carberry, Esq. | tom@carberrylaw.com |
| Jeffrey S. Pagliuca, Esq. | Jeff@hollandandpagliuca.com |
| James A. Castle, Esq. | jcastlelaw@aol.com |
| Mitchell Baker, Esq. | mitchbaker@estreet.com |
| Lisabeth Perez Castle, Esq. | Lawdenver@aol.com |
| Martha H. Eskesen, Esq. | meskesen@eskesenlaw.com |
| Daniel P. Gerash, Esq. | dgerash@gerashtoray.com |
| Donald L. Lozow, Esq. | apocock@lozow-lozow.com |
| Richard K. Kornfeld, Esq. | rickkornfeld@rechtkornfeld.com |
| Daniel N. Recht, Esq. | danrecht@rechtkornfeld.com |
| Neil E. MacFarlane, Esq. | Neil_macfarlane_law@yahoo.com |
| Harvey A. Steinberg, Esq. | law@springer-and-steinberg.com |
| Lynn Anne Pierce, Esq. | lpierce.blp@comcast.net |
| Scott T. Poland, Esq. | scottpoland@earthlink.net |
| James F. Scherer, Esq. | Linda@waltergerash.com |
| Michael G. Root, Eq. | mroot@mikerootrlaw.com |
| E. Richard Toray, Esq. | rtoray@gerashtoray.com |
| Jonathan S. Willett, Esq. | Wmllc1002@qwest.net |
| John F. Sullivan III, Esq | jfslaw1@aol.com |
| Earl S. Wylder, Esq. | Linda@waltergerash.com |
| Charles W. Elliott, Esq. | CWEMDEDME@aol.com |
| Angelica B. Carreon, Esq. | Angelicacarreon@earthlink.net |
| Ronald Gainor, Esq. | Gains_2000@hotmail.com |
| Mark Cameron Johnson, Esq. | MarkJohnson297@hotmail.com |
| Christopher Thomas Leach, Esq. | Cleach@springer-and-steingerb.com |
| Anita Springsteen, Esq. | Anitaspringsteen@hotmail.com |
| Richard L. Tegtmeier, Esq. | Richard@tegtmeierlaw.com |

Dated: _4/21/06__     By: _s/ Marjorie Reinhardt

(original signature on file in
office of Walter Gerash Law Firm, P.C.)