IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Criminal Case No. 04-cr-00403-LTB

UNITED STATES OF AMERICA,
Plaintiff,

v.

1. CARLOS ZAPATA-HERNANDEZ,
2. SERGIO ZAPATA-HERNANDEZ, a/k/a "Tito", a/k/a "Titillo", a/k/a "Lucas",
3. FABIAN MIRANDA-URBINA, a/k/a "Chino",
4. ARNOLDO ZAPATA, a/k/a "Lolo",
5. JOSE ALFREDO ZAPATA, a/k/a "Alfredo",
6. JAIME ARMENDARIZ,
7. RAMON ZAPATA,
8. JAIME ZAPATA, a/k/a "Rudy", a/k/a "Jimmy", a/k/a "Chasco",
9. EFRAIN VENZOR,
10. ALBERTO CABRAL, a/k/a "Beto", a/k/a "Tio Beto",
11. ARTEMISA ZAPATA-MONTOYA,
12. HUMBERTO GALVAN, a/k/a "Beto",
13. LILIAN GALVAN, a/k/a "Petunia", a/k/a "Yiya",
14. BARBARA ZAPATA,
15. OSCAR ZAPATA, a/k/a "Karin",
16. MICHAEL ROMERO, a/k/a "Mike",
17. RENE ALVAREZ,
18. JOSE ANGEL PEREZ, a/k/a "Primo",

Defendants.

---

MINUTE ORDER

---

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

Please be advised that a hearing on Government's Motion for an Order to Provide Exemplars (Doc 768) will be held at the already scheduled trial preparation conference set **Friday, June 30, 2006 at 7:30 a.m.** in Courtroom A201, Alfred A. Arraj United States Courthouse, 901 - 19th Street, Denver, Colorado.

DATED: June 14, 2006

---