# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, CHIEF JUDGE

Criminal Case No. 04-cr-00403-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

14. BARBARA ZAPATA,

       Defendant.
_____

## ORDER
_____

      This will confirm that the Change of Plea Hearing is continued to **Friday, July 7, 2006 at 10:00 a.m.** in Courtroom A201, Alfred A. Arraj United States Courthouse, 901-19th Street, Denver, Colorado. Defendant must be present

                                        BY THE COURT:

                                        s/Lewis T. Babcock
                                        LEWIS T. BABCOCK, Chief Judge

DATED: July 5, 2006