SEP 21 2004

AO 98 (Rev. 8/85) Appearance Bond

# UNITED STATES DISTRICT COURT

District of     COLORADO

UNITED STATES OF AMERICA
V.

**APPEARANCE BOND**

Barbara Zapata
Defendant

BOND EXONERATED
Dated: 12/27/06
Check issued:
Deputy Clerk:

Case Number: 04-1187M
04-cr-403-LTB

☐ Non-surety: I, the undersigned defendant acknowledge that I and my . . .
☑ Surety: We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ 84,000.00 property , and there has been deposited in the Registry of the Court the sum of
$ _____ in cash or _____ property _____ (describe other security.)

The conditions of this bond are that the     Barbara Zapata
(Name)

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on 9-14-04 at DENVER, COLORADO
                                     Date                                               Place

Defendant X Barbara Zapata    Address X 6575 Meade St Arvada Co. 80003
CARLOS ZAPATA
Surety X Carlos Zapata    Address X 7960 Raleigh St
Surety _____ Address Westminster Co 80030

Signed and acknowledged before me _____
                                            Date

UNITED STATES MAGISTRATE JUDGE
Judicial Officer/Clerk

Approved _____
O. Edward Schlatter
US Magistrate Judge

04

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Release From
United States District Court
for the District of Colorado

**WHEREAS**, a Notice that certain real property known as

Lot 17, Park View Subdivision, A Re-subdivision of Harris Park in westminster, County of Adams, also known as 7960 Raleigh Street; Westminster, CO 80030-4478

has been pledged as security for an appearance bond in the United States District Court for the District of Colorado in Criminal Action No. 04-cr-00403-LTB, U.S.A. v. BARBARA ZAPATA, was filed in the office of the Clerk and Recorder, County of Adams, State of Colorado, which notice is recorded at Reception Number 20040914000895200, of the records in said office, and

**WHEREAS**, the conditions of said bond have been met and said bond has been discharged,

**NOW THEREFORE** said notice is hereby released.

**DATED** at Denver, Colorado this 27 day of December, 2006.

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk