**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 04-cr-00403-LTB

UNITED STATES OF AMERICA,

Plaintiff,

v.

5. JOSE ALFREDO ZAPATA,

Defendant.

---

## MINUTE ORDER

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

The Motion to Withdraw as Counsel (Doc 1456 - filed October 15, 2010) is **GRANTED**. James S. Russell is allowed to withdraw as counsel for the United States herein. Government will continue to be represented by Tonya S. Andrews, Assistant United States Attorney.

Dated: October 20, 2010

---