IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 04-cr-00403-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CARLOS ZAPATA-HERNANDEZ,

        Defendant.

---

## NOTICE OF ATTORNEY APPEARANCE

---

The United States of America, by John F. Walsh, United States Attorney for the District of Colorado, through Susan D. Knox, Assistant United States Attorney, hereby enters her appearance as counsel in the above-captioned case.

DATED this 18th day of March 2015.

        Respectfully Submitted,

        JOHN F. WALSH
        United States Attorney

By:    *s/Susan D. Knox*
        Assistant United States Attorney
        U.S. Attorney's Office
        1225 17th Street, Suite 700
        Denver, Colorado   80202
        Phone:   (303) 454-0100
        Fax: (303) 454-0401
        Susan.Knox@usdoj.gov
        Attorney for the Government

# CERTIFICATE OF SERVICE

   I hereby certify that on this 18th day of March, 2015, I electronically filed the foregoing **NOTICE OF ATTORNEY APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

               *s/Diana L. Brown*
               Legal Assistant
               U.S. Attorney's Office
               1225 17th Street, Suite 700
               Denver, Colorado 80202
               Phone: 303-454-0358
               Fax: 303-454-0401
               diana.brown@usdoj.gov